IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRESTIGE CAPITAL ADVISORS, LLC, a Delaware Limited Liability Company, D2W CAPITAL MANAGEMENT, LLC, a North Carolina Limited Liability Company, and TOBY D. HUNTER, an individual<br><br>Defendants. | CASE NO. 3:11-CV-431 |

**ORDER**

This matter is before the Court on a request by Taylored Business Holdings, Inc., seeking the express permission and leave from this Court to continue its prosecution of a civil action presently pending in the Mecklenburg County, North Carolina, Superior Court in which Prestige Capital Advisors, LLC, and Toby D. Hunter are party defendants. The Court finds that the request by Taylored Business Holdings, Inc., is made for good cause and should be granted as is hereafter ordered.

It is, therefore, ordered as follows:

1. Taylored Business Holdings, Inc., is hereby given express permission and leave from this Court to continue with the prosecution of its action presently pending in Mecklenburg County, North Carolina, Superior Court in which action Prestige Capital Advisors, LLC, and Toby D. Hunter are party defendants. Taylored Business Holdings, Inc., may continue with its prosecution of the North Carolina State Court action, including such discovery in that action as it deems necessary and may take such steps in that action as it desires in the prosecution of that action against Prestige Capital Advisors, LLC, and Toby D. Hunter, including but not limited to obtaining a judgment against either or both Prestige Capital Advisors, LLC, and Toby D. Hunter.

2. In the event that Taylored Business Holdings, Inc., obtains a judgment or otherwise resolves its claim in the State Court action against either Prestige Capital Advisors, LLC, or Toby D. Hunter, or both, no execution upon any such judgment or other resolution obtained shall be issued and no other action seizing any assets of Prestige Capital Advisors, LLC, or Toby D. Hunter shall be taken by Taylored Business Holdings, Inc., without further express permission and leave from this Court.

The Motion to Prosecute Pending State Court Action (#11) is **GRANTED** as provided above.

Signed: September 22, 2011

Max O. Cogburn Jr.
United States District Judge