IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-431-MOC-DCK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| PRESTIGE CAPITAL ADVISORS, LLC, D2W CAPITAL MANAGEMENT, LLC, and TOBY D. HUNTER, | ) ) ) ) |
| Defendants, | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling. The undersigned observes that the "Pretrial Order And Case Management Plan" (Document No. 20) set this matter for a trial with a jury; however, neither the "Complaint...." (Document No. 2) nor the "Civil Cover Sheet" (Document No. 2-1) indicates that Plaintiff sought a jury trial. See Fed.R.Civ.P. 38 & 39.

**IT IS, THEREFORE, ORDERED** that a trial in this matter, if necessary, will be without a jury unless otherwise ordered by the Court. The trial is currently scheduled for **February 4, 2013**.

**SO ORDERED**.

Signed: September 24, 2012

David C. Keesler
United States Magistrate Judge