IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-431-MOC-DCK

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| PRESTIGE CAPITAL ADVISORS, LLC, a Delaware Limited Liability Company, D2W CAPITAL MANAGEMENT, LLC, a North Carolina Limited Liability Company, and TOBY D. HUNTER, an individual | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion For Extension Of Pre-Trial Deadlines And Continuance Of Trial To On Or After June 3, 2013" (Document No. 25) filed September 26, 2011. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion For Extension Of Pre-Trial Deadlines And Continuance Of Trial To On Or After June 3, 2013" is **GRANTED**. The new case deadlines are as follows:

| | |
|---|---|
| Discovery Deadline | February 4, 2013 |
| Mediation Deadline | March 4, 2013 |
| Dispositive Motion Deadline | March 4, 2013 |
| Trial | June 3, 2013 |

**SO ORDERED**.

Signed: October 1, 2012

David C. Keesler
United States Magistrate Judge