# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11cv431

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> Vs. <br><br> PRESTIGE CAPITAL ADVISORS, LLC, a Delaware Limited Liability Company, D2W CAPITAL MANAGEMENT, LLC, a North Carolina Limited Liability Company, and TOBY D. HUNTER, an individual, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on plaintiff's Motion for Partial Reconsideration of the Court's January 25, 2013 Order. In the motion, plaintiff requests that the court make certain additions to the earlier order granting default judgment against defendants Prestige Capital Advisors and D2W Capital Management. Having considered the motion and reviewed the pleadings, the court enters the following order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Partial Reconsideration of the Court's January 25, 2013 Order (# 35) is hereby **GRANTED**. The court orders defendant Prestige to pay restitution in the amount of $4,157,941 and defendant D2W in the amount of $85,250, plus post-judgment interest in accordance with the terms set forth in ECF No. 27-2, which is incorporated herein by reference. The court further orders that the National Futures Association shall serve as monitor to oversee the above restitution obligations in accordance with

the terms set forth in ECF No. 27-2.  The court further orders that Prestige and D2W shall pay their civil monetary penalties in accordance with the terms set forth in ECF No. 27-2.

**IT IS SO ORDERED.**

Signed: February 22, 2013

Max O. Cogburn Jr.
United States District Judge